**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | **CASE NO:** |
| : | **7:15-cr-6 WLS–ALS** |
| **JAI DEVON LEE,** : | |
| : | |
| Defendant. : | |
| _____ : | |

### ORDER

On January 28, 2025, the Court approved a Petition for Warrant or Summons for Offender Under Supervision (Doc. 66) ("Petition") and issued a Summons in the above-styled criminal case (Doc. 167). The Summons instructs the Defendant to appear before the Court on February 18, 2025, at 2:00 p.m. in Albany, Georgia, for a revocation hearing. On February 10, 2025, the U.S. Probation Office made the Court aware that the Defendant has not had the required initial appearance hearing on the Petition.

Accordingly, it is hereby **ORDERED** that the revocation hearing scheduled for February 18, 2025, is **CANCELLED** and will be rescheduled by separate Order upon notice that the initial appearance hearing has occurred. It is further **ORDERED** that the Summons (Doc. 167) is quashed to the extent that Defendant's appearance before the undersigned is not required on February 18, 2025, at 2:00 p.m. The Summons will be reissued if appropriate.

**SO ORDERED**, this 11th day of February 2025.

    /s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**