IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CASE NO:<br>: 7:15-cr-6 WLS–ALS |
| JAI DEVON LEE, | : |
| Defendant. | : |

## ORDER

Before the Cout is the Government's Motion to Dismiss (Doc. 178) ("Motion"). Therein, the Government moves pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure to dismiss without prejudice the Petition for Warrant or Summons for Offender Under Supervision (Doc. 166) ("Petition") as to Jai Devon Lee due to the inability of the United States to locate a witness essential to proving the sole violation in the Petition.

Under Federal Rule of Criminal Procedure Rule 48(a) the Government may, with leave of the Court, dismiss an indictment, information, or complaint. Based on the Government's stated reason, the Court finds good cause to dismiss the Petition against Defendant Jai Devon Lee.

Accordingly, the Court **GRANTS** the Government's Motion (Doc. 178). Specifically, the Petition (Doc. 166) is **DISMISSED WITHOUT PREJUDICE**. The revocation hearing scheduled for Thursday, August 21, 2025 is **CANCELLED**.

**SO ORDERED**, this 20th day of August 2025.

                                                   /s/W. Louis Sands
                                                   **W. LOUIS SANDS, SR. JUDGE**
                                                   **UNITED STATES DISTRICT COURT**